## CITY OF BRIDGETON, Plaintiff/Respondent,

v.

## Greg FLERLAGE, Defendant/Appellant.

### No. ED 97540.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 18, 2012.

Robert Schultz, Schultz & Associates LLP, Chesterfield, MO, for respondent.

Robert C. Withington, Clayton, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### *ORDER*

PER CURIAM.

This is an appeal from a judgment finding defendant guilty of violating a municipal ordinance. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a written memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).